# THE PETER SCHOENHOFEN BREWING COMPANY
## *v.* JOHN SEXTON & COMPANY.

---

TRADEMARK; SIMILARITY OF GOODS.

The registration as a trademark for non-alcoholic grape juice, of a word already in use and registered as a trademark for lager beer, will not be denied on opposition, since the respective goods are not of the same descriptive properties. (Citing *Muralo Co.* v. *National Lead Co.* 36 App. D. C. 541; *Johnson Educator Food Co.* v. *Sylvanus Smith & Co.* 37 App. D. C. 107; and *Hump Hairpin Co.* v. *De Long Hook & Eye Co.* 39 App. D. C. 484.)

No. 886. Patent Appeal. Submitted January 15, 1914. Decided February 2, 1914.

HEARING on an appeal from a decision of the Commissioner of Patents dismissing an opposition to the registration of a trademark.                                          *Affirmed.*

The facts are stated in the opinion.

*Messrs. Lanthicum, Belt, & Fuller* for the appellant.

*Mr. Walter F. Murray* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

The appellee's application for the registration of "Edelweiss" as a trademark for grape juice, a non-alcoholic beverage, was allowed for publication. The Peter Schoenhofen Brewing Company, appellant, filed an opposition thereto, alleging its long prior use, and registration of the same word as a trademark for lager beer of its manufacture.

Appellee's demurrer was sustained and the opposition dismissed on the ground that the goods of the respective parties are not of the same descriptive properties. We concur in this conclusion. *Muralo Co. v. National Lead Co.* 36 App. D. C. 541, 543; *Johnson Educator Food Co. v. Sylvanus Smith & Co.* 37 App. D. C. 107; *Hump Hairpin Co. v. DeLong Hook & Eye Co.* 39 App. D. C. 484, 488.

The decision is affirmed; and the clerk will certify this decision to the Commissioner of Patents.          *Affirmed.*